UNITED STATES OF AMERICA      :    Mag. No. 13-2550(3) (DEA)

           v.               :

MENDEL EPSTEIN, et al.      :    <u>CONTINUANCE ORDER</u>

Defendant ARIEL POTASH having been arrested on a criminal complaint charging the defendant with conspiracy to kidnap, in violation of Title 18, United States Code, Section 1201(c); and the defendant having appeared before the Court for an initial appearance on October 10, 2013; and the defendant and his counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), both the United States and the defendant request this continuance so that the parties can negotiate a plea agreement and thereby avoid a possible trial; and for good cause shown;

IT IS on this _7th_ day of ~~October,~~ *November* 2013,

ORDERED that from the date this Order is entered, to and including January 17, 2014, shall be excluded in calculating the time within which an Information or Indictment must be filed under the Speedy Trial Act for the following reasons:

1.     Both the United States and the defendant desire time to discuss the evidence and possible plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2.     Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.


SEEN AND AGREED:

_____
R. Joseph Gribko
Assistant U.S. Attorney


_____
Jacob Laufer
Attorney for Defendant


_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge