RECEIVED

FEB 0 5 2014

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Criminal No. 13-2550-3 (DEA) |
| | : | |
| ARIEL POTASH, | : | ORDER FOR THE RETURN |
| | : | OF PERSONAL PROPERTY |
| Defendant | : | |

This matter having come before the Court upon the application of the defendant ARIEL

POTASH, by his attorneys Jacob Laufer, P.C., for an order, pursuant to Federal Rule of Criminal

Procedure §41(g) for the return of Mr. Potash's personal property, for the return of items of

personal property belonging to Mr. Potash, taken by federal agents at the time of his arrest; and

the United States Attorney's Office for the District of New Jersey, having no objection to such

relief, and for good and sufficient cause shown;

WHEREFORE, it is on this **5ᵗʰ** day of ~~January~~ **Feb**, 2014,

ORDERED that reasonably diligent efforts should be made by federal officials to retrieve

and return these items to ARIEL POTASH reasonably promptly:

1. Car Registration and Insurance

2. License Plates from the front and rear bumpers of the vehicle.

3. Emergency Medical Technician ("EMT ") Equipment Bag, including
   oxygen tank, kit and defibrillator.

4. Two-way EMT radio, belonging to Hatzalah

5. EMT License and Badge

6. 2 Hatzalah Volunteer Ambulance ID's; and it is

1

FURTHER ORDERED that, pursuant to the stipulation of defendant ARIEL POTASH, agreed to in open Court, photographic evidence of the above items shall be deemed authentic as a duplicate pursuant to Federal Rules of Evidence 1003 and 1001(e) at any trial or proceeding in this matter; and it is

FURTHER ORDERED, that the application for return of item "7," a drivers' license is denied as moot; and it is

FURTHER ORDERED, that the Government shall, pursuant to a search warrant that has been obtained by the Government, make all reasonable efforts to expedite the completion of imaging of items "8" and "9," an iPad and Laptop, respectively, and promptly thereafter shall return items "8" and "9" to ARIEL POTASH.

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

AGREED:

U.S. Attorney's Office for District of New Jersey

By: _____            Dated: January Feb 4, 2014
R. Joseph Gribko
Assistant U.S. Attorney

Jacob Laufer, P.C.

By: _____            Dated: January February 4, 2014
Jacob Laufer, Esq.
Attorneys for Defendant Ariel Potash

2